# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAYMOND DIAZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; DOES 1 to 10,<br><br>Defendants. | CASE NO: 5:22-cv-00126-FWS-JPR<br><br>The Hon. Fred W. Slaughter<br>Magistrate Judge: Jean P. Rosenbluth<br><br>**ORDER TO REMAND REMOVED ACTION** |

IT IS HEREBY ORDERED THAT pursuant to stipulation of counsel, and good cause appearing, that this matter be remanded back to the San Bernardino County Superior Court, San Bernardino District.

IT IS SO ORDERED.

DATED: May 10, 2022          By: _____

HON. FRED W. SLAUGHTER

UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28